**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE LUK,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, and DOES 1–100,<br><br>          Defendants. | Case No. CV 21-8323 DMG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, Defendants' Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

     IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART. Plaintiff's state law claim for uncompensated takings is DISMISSED WITH PREJUDICE as untimely. Defendants are ORDERED to file an

answer to the Complaint's surviving federal claims within 14 days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record and on counsel for Defendants.

DATED: May 6, 2022

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE