JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LUK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a California municipal corporation; LOS ANGELES POLICE DEPARTMENT, a government entity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV21-8323-DMG(PVCx)<br><br>ORDER AND JUDGMENT ON PARTIES' JOINT STIPULATION RE JUDGMENT IN FAVOR OF DEFENDANTS [74] |

　　Based on the parties' stipulation, and GOOD CAUSE appearing therefor,

　　IT IS HEREBY ORDERED that judgment is entered against Plaintiff and in favor of Defendants City of Los Angeles and Los Angeles Police Department.

DATED: June 3, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　Chief United States District Judge